UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                        Criminal No. 07-cr-19-01-JD

<u>Bridget Hebert</u>


<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.


                                        <u>/s/ Joseph A. DiClerico, Jr.</u>
                                        Joseph A. DiClerico, Jr.
                                        United States District Judge

Date:  September 4, 2007



cc:   Brian Tucker, Esq.
      Robert Veiga, Esq.
      U.S. Marshal
      U.S. Probation