UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.        Criminal No. 07-cr-19-01-JD

<u>Bridget Hebert</u>

O R D E R

  The assented to motion to reschedule jury trial (document no. 17) filed by defendant is granted.

  Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

                 */s/ Joseph A. DiClerico, Jr.*
                 Joseph A. DiClerico, Jr.
                 United States District Judge

Date:  March 14, 2008


cc: Stanley W. Norkunas, Esq.
   Robert J. Veiga, Esq.
   U.S. Marshal
   U.S. Probation