UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.         Criminal No. 07-cr-19-01-JD

<u>Bridget Hebert</u>

<u>O R D E R</u>

  The assented to motion to reschedule jury trial (document no. 20) filed by defendant is granted.

  Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

             ***/s/Joseph A. DiClerico, Jr.***
             Joseph A. DiClerico, Jr.
             United States District Judge

Date:  May 16, 2008

cc: Stanley W. Norkunas, Esq.
  Robert J. Veiga, Esq.
  U.S. Marshal
  U.S. Probation