```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                      Criminal No. 07-cr-19-01-JD

Bridget Hebert


O R D E R

The assented to motion to reschedule jury trial (document no. 23) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                              /s/Joseph A. DiClerico, Jr.
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date:  July 29, 2008


cc:  Stanley W. Norkunas, Esq.
     Robert J. Veiga, Esq.
     U.S. Marshal
     U.S. Probation